**CONSOLIDATION COAL COMPANY,**
**Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; Velma L. Kirk, widow and executrix of the estate of Robert L. Kirk, Sr., Respondents.**

No. 03–1744.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 26, 2003.

Decided Dec. 23, 2003.

William S. Mattingly, Jackson Kelly, P.L.L.C., Morgantown, West Virginia, for Petitioner. Robert F. Cohen, Jr., Cohen, Abate & Cohen, L.C., Morgantown, West Virginia, for Respondents.

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Consolidation Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Consolidation Coal Co. v. Dir., Office of Workers' Comp. Programs,* No. 02–401–BLA (BRB Apr. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*